IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00657-WYD-KLM

COLORADO INTERSTATE GAS COMPANY, a Delaware general parnership,

    Plaintiff,

v.

3.543 ACRES OF REAL PROPERTY IN ADAMS COUNTY, COLORADO;
CORDILLERA CORPORATION, a Utah Corporation;
ZIONS FIRST NATIONAL BANK;
1.799 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO;
HAMILTON HAY FARS, LLP, a Colorado limited liabilty parnership;
3.031 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO;
MARK R. HAMIL TON;
COUNTRYWIDE HOME LOANS, INC., a New York corporation;
MELVIN L. HAMILTON;
MARLENE L. HAMILTON;
NORWEST BANK COLORADO, National Association, nka WELLS FARGO BANK;
FIRST TRUST NATIONAL ASSOCIATION, nka RABO AGRIFINANCE, INC.;
THE FEDERAL LAND BANK OF WICHITA, KANSAS, nka US AGBANK, FCB, fka FARM
CREDIT BANK OF WICHITA;
2.625 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO;
JAMES D. SPRAGUE;
SARHINE L.GIORDANO;
0.966 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO;
0.918 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO;
3.053 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO;
3.042 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO;
1.417 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO;
C C OPEN A, LLC, a Colorado limited liability Company;
0.160 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO;
2.213 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO;
ZELDA H. SHAKLEE;
KERRY L. SHAKLEE;
KAREN L. McGILL;
KATHELEEN S. OSBURN;
PUBLIC SERVICE COMPANY OF COLORADO, a Colorado corporation;
JOEL RITCHEY;
ANGELA RITCHEY; and

ADDITIONAL UNKNOWN INTEREST OWNERS,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file. My daughter is an associate at the law firm of Faegre & Benson, counsel for Defendant Public Service Company of Colorado. For this reason, I believe that it would be inappropriate for me to preside over this case. Accordingly, I should recuse myself. It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

  Dated: April 23, 2008

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          U. S. District Judge