# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 08-cv-00657-REB-KLM

COLORADO INTERSTATE GAS COMPANY, a Delaware general partnership,

    Plaintiff,

v.

3.543 ACRES OF REAL PROPERTY IN ADAMS COUNTY, COLORADO; et al.

    Defendants.

## ORDER OF RECUSAL

**Blackburn, J.**

    This matter is before me *sua sponte*. I conclude that I must recuse myself from this case.

    As a general rule, recusal is required when "a reasonable person armed with the relevant facts would harbor doubts about the judge's impartiality." ***Maez v. Mountain States Telephone & Telegraph, Inc.,*** 54 F.3d 1488, 1508 (10th Cir. 1995). Pursuant to 28 U.S.C. § 455, a judge should recuse himself from a case when his participation in the case creates an appearance of impropriety. ***See United States v. Pearson***, 203 F.3d 1243, 1264 (10th Cir. 2000). However, a "judge should not recuse himself on unsupported, irrational, or highly tenuous speculation." ***Hinman v. Rogers,*** 831 F.2d 937, 939 (10th Cir. 1987).

    A member of my personal chambers staff is acquainted with John R. Sperber, an attorney with the law firm of Faegre & Benson LLP, who has entered an appearance on behalf of plaintiff. Given these circumstances, I conclude that I should recuse myself from this case in an effort to avoid any appearance of impropriety.

**THEREFORE, IT IS ORDERED** as follows:

1. That under 28 U.S.C. § 455(a), I **RECUSE** myself from this case; and

2. That pursuant to D.C.COLO.LCivR 40.1, the Clerk of the Court shall randomly draw another district judge to be assigned to this case.

Dated April 30, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**