IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No.  08-cv-00657-MSK

COLORADO INTERSTATE GAS COMPANY, a Delaware general partnership,

        Plaintiff,

v.

3.543 ACRES OF REAL PROPERTY IN ADAMS COUNTY, COLORADO;
CORDILLERA CORPORATION, a Utah corporation;
ZIONS FIRST NATIONAL BANK;
1.799 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO;
HAMILTON HAY FARMS, LLP, a Colorado limited liability partnership;
3.031 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO;
MARK R. HAMILTON;
COUNTRYWIDE HOME LOANS, INC., a New York corporation;
MELVIN L. HAMILTON;
MARLENE L. HAMILTON;
NORWEST BANK COLORADO, NATIONAL ASSOCIATION, now known as Wells Fargo
Bank;
FIRST TRUST NATIONAL ASSOCIATION, now known as Rabo Agrifinance, Inc.;
FEDERAL LAND BANK OF WICHITA, KANSAS, now known as US AGBANK FCB,
formerly known as Farm Credit Bank of Wichita;
2.625 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO;
JAMES D. SPRAGUE;
SARAPHINE L. GIORDANO;
0.966 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO;
0.918 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO;
3.053 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO;
3.042 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO;
1.417 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO;
C C OPEN A, LLC, a Colorado limited liability company;
0.160 ACRES OF REAL PROPERTY IN WELD COUNTY;
2.213 ACRES OF REAL PROPERTY IN WELD COUNTY;
ZELDA H. SHAKLEE;
KERRY L. SHAKLEE;
KAREN L. MCGILL;
KATHLEEN S. OSBURN;
PUBLIC SERVICE COMPANY OF COLORADO, a Colorado corporation;
JOEL RITCHEY;
ANGELA RITCHEY, and additional unknown interest owners,
        Defendants.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, one of the named Defendants, Cordillera Corporation, is a former client which the undersigned represented with regard to real property in Adams County. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 2nd day of May, 2008.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge