IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00657-EWN-KLM

COLORADO INTERSTATE GAS COMPANY, a Delaware general partnership,

    Plaintiff,

v.

3.543 ACRES OF REAL PROPERTY IN ADAMS COUNTY, COLORADO,
CORDILLERA CORPORATION, a Utah Corporation,
ZIONS FIRST NATIONAL BANK,
1.799 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
HAMILTON HAY FARMS, LLP, a Colorado limited liability partnership,
3.031 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
MARK R. HAMILTON,
COUNTRYWIDE HOME LOANS, INC., a New York corporation,
MELVIN L. HAMILTON,
MARLENE L. HAMILTON,
NORWEST BANK COLORADO, National Association, n/k/a WELLS FARGO BANK,
FIRST TRUST NATIONAL ASSOCIATION, n/k/a RABO AGRIFINANCE, INC.,
THE FEDERAL LAND BANK OF WICHITA, KANSAS, n/k/a US AGBANK, FCB, f/k/a FARM CREDIT BANK OF WICHITA,
2.625 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
JAMES D. SPRAGUE,
SARAPHINE L. GIORDANO,
0.966 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
0.918 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
3.053 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
3.042 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
1.417 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
C C OPEN A, LLC, a Colorado Limited Liability Company,
0.160 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
2.213 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
ZELDA H. SHAKLEE,
KERRY L. SHAKLEE,
KAREN L. MCGILL,
KATHLEEN S. OSBURN,
PUBLIC SERVICE COMPANY OF COLORADO, a Colorado corporation,
JOEL RITCHEY,
ANGELA RITCHEY, and
ADDITIONAL UNKNOWN INTEREST OWNERS,

    Defendants.

___

**MINUTE ORDER**
___

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on a letter from the physician of Defendant Marlene Hamilton asking that she and her husband, Defendant Melvin Hamilton, be excused from attending a Scheduling Conference set by this Court [Docket No. 81; Filed May 27, 2008]. Although the letter was written by a nonattorney and was filed by a nonparty, the Clerk docketed the pleading as a motion. The letter suffers from several deficiencies that make it inappropriate for resolution. As a preliminary matter, the Court only considers pleadings captioned as motions. Letters seeking relief of the Court do not comply with the Local Rules of the Court. *See* D.C. Colo. L. Civ. R. 7.1(C). In addition, to the extent that a party wishes to file a motion, the party must confer with other parties to determine whether the motion is opposed pursuant to Local Rule 7.1(A) and must certify compliance with this rule within the motion. Finally, a nonparty, nonattorney may not file a motion on behalf of a party. Pursuant to Local Rule 11.1, only a *pro se* party or his attorney may sign a pleading submitted to the Court on the party's behalf.

      IT IS HEREBY **ORDERED** that the letter [Docket No. 81] is **DENIED without prejudice**. To the extent that Defendants Marlene Hamilton or Melvin Hamilton wish to be excused from personally attending the Scheduling Conference, or to appear telephonically, they must file a motion (either as *pro se* litigants or through an attorney representative) that complies with the Local Rules of this Court. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992) (noting that even *pro se* parties must follow the rules of the Court).

Dated: May 29, 2008