IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00657-EWN-KLM

COLORADO INTERSTATE GAS COMPANY, a Delaware general partnership,

    Plaintiff,

v.

3.543 ACRES OF REAL PROPERTY IN ADAMS COUNTY, COLORADO,
CORDILLERA CORPORATION, a Utah Corporation,
ZIONS FIRST NATIONAL BANK,
1.799 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
HAMILTON HAY FARMS, LLP, a Colorado limited liability partnership,
3.031 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
MARK R. HAMILTON,
COUNTRYWIDE HOME LOANS, INC., a New York corporation,
MELVIN L. HAMILTON,
MARLENE L. HAMILTON,
NORWEST BANK COLORADO, National Association, n/k/a WELLS FARGO BANK,
FIRST TRUST NATIONAL ASSOCIATION, n/k/a RABO AGRIFINANCE, INC.,
THE FEDERAL LAND BANK OF WICHITA, KANSAS, n/k/a US AGBANK, FCB, f/k/a FARM CREDIT BANK OF WICHITA,
2.625 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
JAMES D. SPRAGUE,
SARAPHINE L. GIORDANO,
0.966 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
0.918 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
3.053 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
3.042 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
1.417 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
C C OPEN A, LLC, a Colorado Limited Liability Company,
0.160 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
2.213 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
ZELDA H. SHAKLEE,
KERRY L. SHAKLEE,
KAREN L. MCGILL,
KATHLEEN S. OSBURN,
PUBLIC SERVICE COMPANY OF COLORADO, a Colorado corporation,
JOEL RITCHEY,
ANGELA RITCHEY, and
ADDITIONAL UNKNOWN INTEREST OWNERS,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the Notice of Settlement filed by Plaintiff and Defendants CC Open A, LLC, Zelda H. Shaklee, Kerry L. Shaklee, Karen L. McGill, Kathleen S. Osburn, Joel Ritchey, and Angela Ritchey [Docket No. 83; Filed May 28, 2008].

IT IS HEREBY **ORDERED** that on or before **June 10, 2008**, the parties to the Notice of Settlement shall file a Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: May 29, 2008