IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Edward W. Nottingham

| | |
|---|---|
| LaDonne Bush, Deputy Clerk | Date: June 18, 2008 |
| Darlene Martinez, Court Reporter | |

Civil Action No. 08–cv–00657–EWN–KLM

| *Parties:* | *Counsel:* |
|---|---|
| COLORADO INTERSTATE GAS COMPANY, | David Palmer  Michael R. Davis  Laurence E. Garrett |
| Plaintiff, | |
| v. | |
| 3.543 ACRES OF REAL PROPERTY IN ADAMS COUNTY, COLORADO, et al, | Mikaela Rivera |
| Defendants. | |

---

### COURTROOM MINUTES

---

**Status Conference**

9:35 a.m.    Court in session.

Mr. Palmer states that the preliminary injunction motion has been rendered moot. Further statement by Mr. Palmer regarding the construction of the pipeline and status of the settlements.

**ORDERED**: Motion for Preliminary Injunction (Doc. 87) is denied as moot.

9:40 a.m.    Court in recess.

Hearing concluded.

Total time: 00:05