IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 08-cv-00657-EWN-KLM

COLORADO INTERSTATE GAS COMPANY,

    Plaintiff,

v.

3.543 ACRES OF REAL PROPERTY IN ADAMS COUNTY, COLORADO, et alia,

    Defendants.

---

# ORDER OF DISMISSAL

---

    Plaintiff COLORADO INTERSTATE GAS COMPANY and Defendants 1.799 ACRES OF LAND IN WELD COUNTY, COLORADO; HAMILTON HAY FARMS, LLP, A COLORADO LIMITED LIABILITY PARTNERSHIP; AND THE OWNERS OF 3.031 ACRES OF LAND IN WELD COUNTY, COLORADO; MARK R. HAMILTON; MELVIN L. HAMILTON ("Defendants"),[1] by and through their attorneys, having filed a Joint Stipulation For Dismissal, pursuant to Rule 71.1(i) of the Federal Rules of Civil Procedure,

    IT IS HEREBY ORDERED that the complaint against above-named Defendants is DISMISSED WITH PREJUDICE, and each party pay its own costs and attorney fees.

---

[1] Because of the recent passing of Mrs. Marlene L. Hamilton, the parties have not yet reached a stipulated dismissal with her representative(s) regarding her interests.

1

DATED this 18th day of June, 2008.

         BY THE COURT:


         s/ Edward W. Nottingham
         EDWARD W. NOTTINGHAM
         Chief United States District Judge