IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00657-EWN-KLM

COLORADO INTERSTATE GAS COMPANY, a Delaware general partnership,

    Plaintiff,
v.

3.543 ACRES OF REAL PROPERTY IN ADAMS COUNTY, COLORADO,
CORDILLERA CORPORATION, a Utah Corporation,
ZIONS FIRST NATIONAL BANK,
COUNTRYWIDE HOME LOANS, INC., a New York corporation,
MARLENE L. HAMILTON,
NORWEST BANK COLORADO, National Association, n/k/a WELLS FARGO BANK,
FIRST TRUST NATIONAL ASSOCIATION, n/k/a RABO AGRIFINANCE, INC.,
THE FEDERAL LAND BANK OF WICHITA, KANSAS, n/k/a US AGBANK, FCB, f/k/a FARM CREDIT BANK OF WICHITA,
2.625 ACRES OF REAL PROPERTY IN WELD COUNTY, COLORADO,
JAMES D. SPRAGUE,
SARAPHINE L. GIORDANO, and
ADDITIONAL UNKNOWN INTEREST OWNERS,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Colorado Interstate Gas Company's **Unopposed Motion to Amend Scheduling Order** [Docket No. 114; Filed September 4, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. For good cause shown, the Scheduling Order entered on June 11, 2008 [Docket No. 97], as modified on August 12, 2008 [Docket No. 112], is amended to extend the deadlines as follows:

- Expert Witness Disclosures    **October 6, 2008**
- Rebuttal Expert Witness Disclosures    **November 5, 2008**
- Discovery Deadline    **November 24, 2008**

    IT IS FURTHER **ORDERED** that the deadline for propounding written discovery is **September 26, 2008**.

    IT IS FURTHER **ORDERED** that Plaintiff and Defendants James Sprague and

Saraphine Giordano shall file a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(2) on or before **October 6, 2008**.

Dated: September 4, 2008