IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00657-PAB-KLM

COLORADO INTERSTATE GAS COMPANY,

     Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC., et al.,

     Defendants.

_____

MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

     This matter is before the court on plaintiff's Motion for Reconsideration of Application for the Clerk's Entry of Default as to Defendant Countrywide Home Loans, Inc. filed at Docket No. 134. It is

     **ORDERED** that, pursuant to the authority of the Clerk of this court to determine requests for entry of default pursuant to Fed. R. Civ. P. 55(a), the court directs the Clerk to consider plaintiff's motion (Docket No. 134) and reach a determination.

     Dated November 19, 2008.