IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00657-PAB-KLM

COLORADO INTERSTATE GAS COMPANY, a Delaware general partnership,

    Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC., a New York corporation,
NORWEST BANK COLORADO, NATIONAL ASSOCIATION, n/k/a Wells Fargo Bank,
FIRST TRUST NATIONAL ASSOCIATION, n/k/a Rabo Agrifinance, Inc.,
FEDERAL LAND BANK OF WICHITA, KANSAS, n/k/a US Agbank, FCB, f/k/a Farm Credit Bank of Wichita, and
ADDITIONAL UNKNOWN INTEREST OWNERS,

    Defendants.
_____

**ORDER**
_____

    This matter is before the Court on plaintiff's Motion for Entry of Default Judgment against Defendants Countrywide Home Loans, Inc; Norwest Bank Colorado; First Trust National Association; Federal Land Bank of Wichita, Kansas; Farm Credit Bank of Wichita; and Unknown Interest Owners [Docket No. 140].  The clerk having entered default against each of these parties pursuant to Federal Rule of Civil Procedure 55(a) [Docket Nos. 132, 133, 137, 142], the Court now finds that it is appropriate to enter default judgment.  Therefore, it is

    **ORDERED** that plaintiff's motion default judgment is GRANTED.  The clerk shall enter default judgment against defendants Countrywide Home Loans, Inc; Norwest Bank Colorado; First Trust National Association; Federal Land Bank of Wichita, Kansas; and Additional Unknown Interest Owners.  All other unknown interests are

subordinated in favor of Colorado Interstate Gas Company's permanent easement.

Each party shall bear its own attorneys' fees and costs.

    DATED October 27, 2009.

                                BY THE COURT:

                                <u>s/Philip A. Brimmer</u>
                                PHILIP A. BRIMMER
                                United States District Judge